# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JUAN P. GRIFFIN, <br> *Plaintiff* <br> v. <br> SPOKANE POLICE DEPARTMENT, ET AL, <br> *Defendant* | ) <br> ) <br> ) Civil Action No.  2:16-CV-207-JLQ <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The construed Amended Complaint (ECF No. 7) and the claims therein are DISMISSED WITH PREJUDICE and without costs or attorneys' fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  JUSTIN L. QUACKENBUSH  the construed Amended Complaint (ECF No. 7) is DISMISSED WITH PREJUDICE.

Date:  October 14, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer