# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JUAN P. GRIFFIN,

*Plaintiff*

v.

SPOKANE POLICE DEPARTMENT, et al.,

*Defendant*

Civil Action No. 2:16-CV-207-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The construed Second Amended Complaint (ECF No. 10) and the claims therein are DISMISSED WITH PREJUDICE and without cots or attorneys' fees awarded to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   JUSTIN L. QUACKENBUSH   on construed Second Amended Complaint ECF No. 10.

Date: January 4, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer